IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>      Defendant. | No. 24-1349C<br>(Senior Judge Horn) |

## JOINT MOTION FOR SCHEDULING ORDER

Pursuant to Appendix K, ¶¶ 2-4, of the Rules of the United States Court of Federal Claims (RCFC), the parties respectfully request that the Court enter a scheduling order concerning cross-motions for judgment upon the administrative record. The parties have agreed to a proposed briefing schedule as follows:

1. Defendant will file the administrative record via ECF by December 4, 2024.

2. Defendant will file its motion for judgment upon the administrative record by February 3, 2025.

3. Plaintiff will file a consolidated response brief and cross-motion for judgment upon the administrative record by April 4, 2025.

4. Defendant will file a consolidated reply/response brief by May 5, 2025.

5. Plaintiff will file her reply brief by June 2, 2025.

We respectfully request that the Court adopt the proposed schedule concerning cross-motions for judgment upon the administrative record.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/John M. Simpson | BRIAN M. BOYNTON |
| John M. Simpson | Principal Deputy Assistant Attorney General |
| jmsimpson@duanemorris.com |  |
| Rebecca S. Bjork | PATRICIA M. McCARTHY |
| rsbjork@duanemorris.com | Director |
| Heidi S. E. Lunasin |  |
| helunasin@duanemorris.com | s/William J. Grimaldi |
| Duane Morris LLP | WILLIAM J. GRIMALDI |
| 901 New York Avenue NW | Assistant Director |
| Suite 700 East |  |
| Washington, D.C. 20001-4795 | s/Evan Wisser |
| Telephone: +1 202 776 7800 | EVAN WISSER |
| Fax: +1 202 776 7801 | Senior Trial Counsel |
|  | Commercial Litigation Branch |
| Counsel for Plaintiff | Civil Division, Department of Justice |
|  | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone: (202) 616-3682 |
|  | Fax: (202) 307-0972 |
|  | E-mail: evan.wisser@usdoj.gov |
|  | *Attorneys for the United States* |

Dated: October 28, 2024