# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
DOE NO. 1,                          *
                                    *
                Plaintiff,          *
                                    *
        v.                          *   No. 24-1349C
                                    *   Filed: November 5, 2024
UNITED STATES,                      *
                                    *
                Defendant.          *
                                    *
* * * * * * * * * * * * * * * * *   *
```

**O R D E R**

       The court is in receipt of the parties' October 28, 2024 joint motion for a scheduling order. The parties propose a briefing schedule for cross-motions for judgment on the Administrative Record. The parties' request is **GRANTED**. On or before **Wednesday, December 4, 2024**, defendant shall file the Administrative Record. The Administrative Record shall be appropriately indexed, tabbed, bate-stamped, and sequentially page numbered. The defendant shall file the Administrative Record electronically on ECF. The electronic Administrative Record shall be text searchable, through use of optical character recognition software, if required. One courtesy electronic copy, properly indexed and tabbed, shall be provided to chambers on or before **Friday, December 6, 2024**. On or before **Monday, February 3, 2025**, defendant shall file its motion for judgment upon the Administrative Record, and on or before **Friday, April 4, 2025**, plaintiff shall file a response to the defendant's motion for judgment upon the Administrative Record and a cross-motion for judgment upon the Administrative Record. On or before **Monday, May 5, 2025**, defendant shall file a reply to the defendant's motion for judgment upon the Administrative Record and a response to the plaintiff's cross-motion for judgment upon the Administrative Record and on or before **Monday, June 2, 2025**, plaintiff shall file a reply to the cross-motion for judgment upon the Administrative Record. In each parties' last submission, the parties shall indicate if the parties are requesting oral argument.

       **IT IS SO ORDERED**.

                                                              s/Marian Blank Horn
                                                         **MARIAN BLANK HORN**
                                                               **Judge**