# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *    *
                                       *
DOE NO. 1,                             *
                                       *
              Plaintiff,               *
                                       *
       v.                              *    No. 24-1349C
                                       *    Filed: June 5, 2026
UNITED STATES,                         *
                                       *
              Defendant.               *
                                       *
* * * * * * * * * * * * * * * * * *    *
```

**O R D E R**


The court is in receipt of the parties' June 5, 2026 joint stipulation of dismissal with prejudice, with each party to bear its own costs, attorney fees and expenses. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2025), this court **ORDERS** that this case be **DISMISSED,** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**