# In the United States Court of Federal Claims

**No. 24-1349 C**
**Filed: June 9, 2026**

```
*************************************
JANE DOE,                           *
            Plaintiff,              *
                                    *        JUDGMENT
     v.                             *
                                    *
UNITED STATES,                      *
            Defendant.              *
*************************************
```

     Pursuant to the court's Order, filed June 5, 2026, and the parties' joint stipulation of dismissal, also filed June 5, 2026,

     IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

Lisa L. Reyes
Clerk of Court

By:   s/Ashley Reams
Deputy Clerk